IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00079-FL

UNITED STATES OF AMERICA :
:
v. :
:
ISMIL RASHEED JEFFERS :

FILED IN OPEN COURT
ON 3/24/17 MC
Peter A. Moore, Jr. Clerk
US District Court
Eastern District of NC

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on November 15, 2016, and the Consent to Forfeiture on March 24, 2017, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing violations of 18 U.S.C. § 922(g)(1) and 924, to wit, a Smith & Wesson, M&P 9 Shield 9mm semiautomatic pistol, serial no. HTK8671;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and the Consent to Forfeiture, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1

1. That based upon the Memorandum of Plea Agreement and Consent to Forfeiture as to the defendant ISMIL RASHEED JEFFERS, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 24th day of Mar, 2017.

_____
LOUISE WOOD FLANAGAN
United States District Judge

2