UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:16-CR-79-1FL
Civil No. 5:18-CV-226-FL

| ISMIL RASHEED JEFFERS, | ) |
|---|---|
| | ) |
| Petitioner, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **40** days of the filing of this order.

SO ORDERED, this the 22nd day of May, 2018.

Louise W. Flanagan
United States District Judge